Dismissed and Memorandum Opinion filed January 21, 2010.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-01075-CV

____________

 

ALL ABOUT STAFFING, INC., Appellant

 

V.

 

DONNA MOORMAN, Appellee

 



 

On Appeal from the
11th District Court

Harris County,
Texas

Trial Court Cause
No. 2009-41610

 



 

M E M O R
A N D U M   O P I N I O N

This is
an appeal from a judgment signed December 14, 2009.  On January 15, 2010,
appellant filed a motion to dismiss the appeal. See Tex. R. App. P. 42.1. The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Panel consists of Chief Justice Hedges and Justices
Anderson and Christopher.